UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: TOP SHELF, INC. | § Case No. 09-74122 |
| | § |
| KITCHENS, SELINE CUSTOM | § |
| Debtor(s) | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  211 South Court
  Rockford, IL 61101

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/08/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  06/30/2011         By:  /s/JOSEPH D. OLSEN
                                                                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: TOP SHELF, INC. | § | Case No. 09-74122 |
| | § | |
| KITCHENS, SELINE CUSTOM | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.02 |
| *and approved disbursements of* | $ 12.35 |
| *leaving a balance on hand of* [1] | $ 14,987.67 |
| **Balance on hand:** | $ 14,987.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,987.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,250.00 | 0.00 | 2,250.00 |
| Trustee, Expenses - JOSEPH D. OLSEN | 29.16 | 0.00 | 29.16 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 3,162.50 | 0.00 | 3,162.50 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,691.66 |
| Remaining balance: | $ 9,296.01 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     9,296.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     9,296.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,988.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 54.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kohner, Mann & Kailas | 4,238.62 | 0.00 | 2,319.32 |
| 2 | Baer Supply Company | 510.86 | 0.00 | 279.54 |
| 3 | Northern Contours | 1,544.09 | 0.00 | 844.90 |
| 4 | Carstin Brands` | 335.49 | 0.00 | 183.58 |
| 5 | Midwest Wholesale Shower Door | 4,486.16 | 0.00 | 2,454.76 |
| 6 | Glassource | 5,873.53 | 0.00 | 3,213.91 |

Total to be paid for timely general unsecured claims:  $     9,296.01
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 955.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | ComEd Company | 955.95 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $      0.00
Remaining balance:  $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $      0.00
Remaining balance:  $      0.00


Prepared By:  /s/JOSEPH D. OLSEN
              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 09-74122-MB
Top Shelf, Inc.                                             Chapter 7
       Debtor               CERTIFICATE OF NOTICE

District/off: 0752-3           User: lorsmith              Page 1 of 2                  Date Rcvd: Jul 11, 2011
                               Form ID: pdf006             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2011.
db           +Top Shelf, Inc.,    1608 No. Main Street,    Rockford, IL 61103-4705
aty          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
aty          +Yalden, Olsen & Willette,    1318 E State St,    Rockford, IL 61104-2228
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
14494615     +AG Adjustments, Ltd.,    POB 9090,   Melville, NY 11747-9090
14494616     +AT&T Yellow Pages (DEX),    RH Donnelley,    8519 Innovation Way,    Chicago, IL 60682-0085
14494612     +Acuity Insurance Company,    2800 So. Taylor Drive,    POB 718,   Sheboygan, WI 53082-0718
14494613     +Adam Dach,    3959 Countryview Drive,    Byron, IL 61010-9152
14494614     +Aetna Plywood, Inc.,    Lock Box 774315,    4315 Solutions Center,    Chicago, IL 60677-4003
14494617     +Auto Owners Insurance,    Coyle Varland,    POB 30315,   Lansing, MI 48909-7815
14494618     +Baer Supply Company,    909 Forest Edge Drive,    Vernon Hills, IL 60061-3149
14494619     +Byron Bank,    Attn: Kris DeVries,    200 No. Walnut Street,    Byron, IL 61010-8803
14494620     +Carstin Brands`,    POB 285,   Arthur, IL 61911-0285
14494621     +Closet Maid,    POB 905660,   Charlotte, NC 28290-5660
14494622      ComEd,   POB 61111,    Carol Stream, IL 60197
14494623     +Fastenal,    POB 978,   Winona, MN 55987-0978
14494624     +Glassource,    1845 Industrial Park Drive,    Grand Haven, MI 49417-7970
14494625     +Grabill Cabinet Company, Inc.,    POB 40,    13844 Sawmill Road,    Grabill, IN 46741-9481
14494626    ++HARDWARE RESOURCES,    21240 FOSTER ROAD,    SUITE 2,    SPRING TX 77388-4248
               (address filed with court: Hardware Resources,     POB 676668,    Dallas, TX 75267)
14494627     +Holiday Kitchens,    120 West Allen,    Rice Lake, WI 54868-2206
14494628     +Kohner, Mann & Kailas,    4650 No. Port Washington Rd 2nd Floor,    Milwaukee, WI 53212-1991
14494629     +Lincoln Rent All & Sales,    3110 Auburn Street,    Rockford, IL 61101-3492
14494630     +Lowe's Home Supply,    POB 530954,   Atlanta, GA 30353-0954
14494631      Metro Hardwoods,    B173 W 20855 Metro Court,    Jackson, WI 53037
14494632     +Midwest Wholesale Shower Door,    5401 E. State Street,    Rockford, IL 61108-2337
14494634     +Northern Contours,    POB 71-4975,   Columbus, OH 43271-4975
14494635     +Pierce Laminated Products,    2430 No. Court Street,    Rockford, IL 61103-3999
14494636     +RSVP,    5411 E. State St., #310,    Rockford, IL 61108-2907
14494637     +Sidelines, Inc.,    9332 E. Raintree Dr., Suite 100,    Scottsdale, AZ 85260-7320
14494638     +The Home Depot,    POB 6925,   The Lakes, NV 88901-6925
14494640     +Yellow Book USA,    POB 660052,   Dallas, TX 75266-0052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15877897     +E-mail/Text: legalcollections@comed.com Jul 11 2011 23:41:28     ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
15875807     +E-mail/Text: legalcollections@comed.com Jul 11 2011 23:41:28     Commonwealth Edison Company,
               3 Lincoln Center, 4th Floor,    Attn: Bankruptcy Section/Claims,
               Oakbrook Terrace, IL 60181-4204
14494633     +E-mail/Text: bankrup@nicor.com Jul 11 2011 23:39:45     Nicor Gas,   POB 0632,
               Aurora, IL 60507-0632
14494639     +Fax: 866-419-3894 Jul 12 2011 00:16:40     US Cellular,   POB 7835,   Madison, WI 53707-7835
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,   1318 E State Street,    Rockford, IL 61104-2228
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2            Date Rcvd: Jul 11, 2011
                              Form ID: pdf006          Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**                        **Signature:**    /s/ Joseph Speetjens