**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TOP SHELF, INC. § Case No. 09-74122
§
KITCHENS, SELINE CUSTOM §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $190,000.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,296.01     Claims Discharged
                                                Without Payment: $83,096.98

Total Expenses of Administration: $5,704.01

3) Total gross receipts of $ 15,000.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,000.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $202,000.00 | $240,349.87 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,704.01 | 5,704.01 | 5,704.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,448.29 | 17,944.70 | 17,944.70 | 9,296.01 |
| **TOTAL DISBURSEMENTS** | $276,448.29 | $263,998.58 | $23,648.71 | $15,000.02 |

4) This case was originally filed under Chapter 7 on September 25, 2009. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2011          By: /s/JOSEPH D. OLSEN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Loan receivable from shareholder/officer | 1221-000 | 15,000.00 |
| Interest Income | 1270-000 | 0.02 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Byron Bank | 4110-000 | N/A | 240,349.87 | 0.00 | 0.00 |
| NOTFILED | Byron Bank | 4110-000 | 202,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$202,000.00** | **$240,349.87** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 29.16 | 29.16 | 29.16 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | | N/A | 3,162.50 | 3,162.50 | 3,162.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | | N/A | 12.35 | 12.35 | 12.35 |
| The Bank of New York Mellon | 2600-000 | | N/A | 28.74 | 28.74 | 28.74 |
| The Bank of New York Mellon | 2600-000 | | N/A | -28.74 | -28.74 | -28.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | 5,704.01 | 5,704.01 | 5,704.01 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Kohner, Mann & Kailas | 7100-000 | N/A | 4,238.62 | 4,238.62 | 2,319.32 |
| 2 | Baer Supply Company | 7100-000 | N/A | 510.86 | 510.86 | 279.54 |
| 3 | Northern Contours | 7100-000 | N/A | 1,544.09 | 1,544.09 | 844.90 |
| 4 | Carstin Brands` | 7100-000 | N/A | 335.49 | 335.49 | 183.58 |
| 5 | Midwest Wholesale Shower Door | 7100-000 | N/A | 4,486.16 | 4,486.16 | 2,454.76 |
| 6 | Glassource | 7100-000 | N/A | 5,873.53 | 5,873.53 | 3,213.91 |
| 8 | ComEd Company | 7200-000 | N/A | 955.95 | 955.95 | 0.00 |
| NOTFILED | Lowe's Home Supply | 7100-000 | 428.84 | N/A | N/A | 0.00 |
| NOTFILED | Lincoln Rent All & Sales | 7100-000 | 24.99 | N/A | N/A | 0.00 |
| NOTFILED | Hardware Resources | 7100-000 | 988.86 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Holiday Kitchens | 7100-000 | 31,967.77 | N/A | N/A | 0.00 |
| NOTFILED | Fastenal | 7100-000 | 5.80 | N/A | N/A | 0.00 |
| NOTFILED | Grabill Cabinet Company, Inc. | 7100-000 | 1,576.84 | N/A | N/A | 0.00 |
| NOTFILED | Metro Hardwoods | 7100-000 | 427.08 | N/A | N/A | 0.00 |
| NOTFILED | US Cellular | 7100-000 | 785.00 | N/A | N/A | 0.00 |
| NOTFILED | RSVP | 7100-000 | 1,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Sidelines, Inc. | 7100-000 | 744.81 | N/A | N/A | 0.00 |
| NOTFILED | Pierce Laminated Products | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Yellow Book USA | 7100-000 | 5,265.24 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot | 7100-000 | 1,893.11 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | 611.57 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 760.00 | N/A | N/A | 0.00 |
| NOTFILED | Aetna Plywood, Inc. | 7100-000 | 3,448.85 | N/A | N/A | 0.00 |
| NOTFILED | Closet Maid | 7100-000 | 4,773.98 | N/A | N/A | 0.00 |
| NOTFILED | Baer Supply Company | 7100-000 | 492.75 | N/A | N/A | 0.00 |
| NOTFILED | Glassource | 7100-000 | 5,786.74 | N/A | N/A | 0.00 |
| NOTFILED | Carstin Brands` | 7100-000 | 225.79 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Yellow Pages (DEX) RH Donnelley | 7100-000 | 1,340.59 | N/A | N/A | 0.00 |
| NOTFILED | Auto Owners Insurance Coyle Varland | 7100-000 | 886.78 | N/A | N/A | 0.00 |
| NOTFILED | Acuity Insurance Company | 7100-000 | 2,705.50 | N/A | N/A | 0.00 |
| NOTFILED | Northern Contours | 7100-000 | 1,544.09 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Wholesale Shower Door | 7100-000 | 4,363.31 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 74,448.29 | 17,944.70 | 17,944.70 | 9,296.01 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-74122  
**Case Name:** TOP SHELF, INC.  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/25/09 (f)  
**§341(a) Meeting Date:** 10/28/09  

**Period Ending:** 09/29/11  
**Claims Bar Date:** 04/27/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1608 No. Main Street Rockford, IL ($150,000.00) | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Loan receivable from shareholder/officer (u) | 0.00 | 36,000.00 | | 15,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.02 | FA |
| 3 | Assets    Totals (Excluding unknown values) | **$190,000.00** | **$36,000.00** | | **$15,000.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011        **Current Projected Date Of Final Report (TFR):**   June 20, 2011  (Actual)

Printed: 09/29/2011 01:02 PM    V.12.57

Case 09-74122    Doc 53    Filed 09/29/11    Entered 09/29/11 13:04:50    Desc Main
Document    Page 7 of 9

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-74122
**Case Name:** TOP SHELF, INC.

**Taxpayer ID #:** **-***9898
**Period Ending:** 09/29/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******24-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/11 | {2} | Adam Dach | repymt of loan | 1221-000 | 15,000.00 | | 15,000.00 |
| 05/24/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 15,000.02 |
| 05/24/11 | | To Account #9200******2466 | Prep. of F. Rpt | 9999-000 | | 15,000.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.02 | 15,000.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,000.02 | |
| | | | **Subtotal** | | 15,000.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.02** | **$0.00** | |

{} Asset reference(s)

Printed: 09/29/2011 01:02 PM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-74122  
**Case Name:** TOP SHELF, INC.  
**Taxpayer ID #:** **-***9898  
**Period Ending:** 09/29/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/24/11 | | From Account #9200******2465 | Prep. of F. Rpt | 9999-000 | 15,000.02 | | 15,000.02 |
| 06/01/11 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #09-74122, BOND #016018067 | 2300-000 | | 12.35 | 14,987.67 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.74 | 14,958.93 |
| 08/04/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -28.74 | 14,987.67 |
| 08/09/11 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $3,162.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,162.50 | 11,825.17 |
| 08/09/11 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,250.00, Trustee Compensation; Reference: | 2100-000 | | 2,250.00 | 9,575.17 |
| 08/09/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $29.16, Trustee Expenses; Reference: | 2200-000 | | 29.16 | 9,546.01 |
| 08/09/11 | 105 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 9,296.01 |
| 08/09/11 | 106 | Kohner, Mann & Kailas | Dividend paid 54.71% on $4,238.62; Claim# 1; Filed: $4,238.62; Reference: | 7100-000 | | 2,319.32 | 6,976.69 |
| 08/09/11 | 107 | Baer Supply Company | Dividend paid 54.71% on $510.86; Claim# 2; Filed: $510.86; Reference: | 7100-000 | | 279.54 | 6,697.15 |
| 08/09/11 | 108 | Northern Contours | Dividend paid 54.71% on $1,544.09; Claim# 3; Filed: $1,544.09; Reference: | 7100-000 | | 844.90 | 5,852.25 |
| 08/09/11 | 109 | Carstin Brands` | Dividend paid 54.71% on $335.49; Claim# 4; Filed: $335.49; Reference: | 7100-000 | | 183.58 | 5,668.67 |
| 08/09/11 | 110 | Midwest Wholesale Shower Door | Dividend paid 54.71% on $4,486.16; Claim# 5; Filed: $4,486.16; Reference: | 7100-000 | | 2,454.76 | 3,213.91 |
| 08/09/11 | 111 | Glassource | Dividend paid 54.71% on $5,873.53; Claim# 6; Filed: $5,873.53; Reference: | 7100-000 | | 3,213.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,000.02 | 15,000.02 | $0.00 |
| | | | Less: Bank Transfers | | 15,000.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 15,000.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,000.02** | |

{} Asset reference(s)

Printed: 09/29/2011 01:02 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-74122  
**Case Name:** TOP SHELF, INC.  
**Taxpayer ID #:** **-***9898  
**Period Ending:** 09/29/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******24-66 - Checking Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 15,000.02  
Net Estate : $15,000.02

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******24-65 | 15,000.02 | 0.00 | 0.00 |
| Checking # 9200-******24-66 | 0.00 | 15,000.02 | 0.00 |
|  | $15,000.02 | $15,000.02 | $0.00 |

{} Asset reference(s)

Printed: 09/29/2011 01:02 PM    V.12.57